IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.: 4:12-CR-59-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN DAIL OWENS, | ) | |
| | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that the defendant, Kevin Dail Owens, is allowed to adopt the Motions of his co-defendants as follows: A. Joint Motion to Dismiss (Document 137) filed January 3, 2013, B. Joint Motion in Limine (Document 139) filed January 3, 2013, C. Motion for Subpoena Duces Tecum and Incorporated Memorandum of Law (Document 140) filed January 3, 2013, D. Motion for Early Disclosure of Grand Jury Material and Incorporated Memorandum of Law (Document 143) filed January 8, 2013.

SO ORDERED this the 13 day of January, 2013.

*Terrence Boyle*
United States District Judge Terrence W. Boyle